UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| LUCY WHITT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-174-ART |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MATTHEW CASEY, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the order entered this date, granting the defendant's motion for summary judgment, and Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1) **JUDGMENT** is entered in favor of the defendant, Wal-Mart Stores East, L. P., with respect to all the claims asserted in this action by the plaintiff, Lucy Whitt.

2) This matter is **STRICKEN** from the Court's active docket.

3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for

delay.

This the 2nd day of April, 2010.



Signed By:
*Amul R. Thapar* AT
United States District Judge